IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WILLIAM P. TATUM, )
)
Plaintiff, )
v. ) Civil Action No. 3:19CV738–HEH
)
UNKNOWN, )
)
Defendant. )

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

By Memorandum Order entered on October 17, 2019, the Court directed Plaintiff to complete and return a 42 U.S.C. § 1983 complaint form. Plaintiff returned the form but did not complete it in a manner that the Court could file. Accordingly, by Memorandum Order entered on November 8, 2019, the Court again directed Plaintiff to complete and return a 42 U.S.C. § 1983 complaint form. The Court warned Plaintiff that a failure to comply with the above directive within fourteen (14) days of the date of entry thereof would result in summary dismissal of the action. On November 26, 2019, the Court received a letter from Plaintiff asking for an extension of time in which to complete and return the § 1983 complaint form to the Court. The Court granted Plaintiff's request and provided Plaintiff with an additional fourteen (14) days to complete and return a §1983 form to the Court.

Plaintiff has not complied with the order of this Court. Although the Court received a letter from Plaintiff complaining about his ongoing detention (ECF No. 7), Plaintiff failed to return a completed § 1983 form although he was clearly aware that he

was required to submit such a form to continue with this action. Such conduct demonstrates a willful failure to prosecute. *See* Fed. R. Civ. P. 41(b). Accordingly, this action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
HENRY E. HUDSON
UNITED STATES DISTRICT JUDGE

Date: Dec. 30, 2019
Richmond, Virginia